UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEANNINE CRUZ** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 13-5220 |
| | * | |
| **CITY OF HAMMOND** | * | SECTION "   " |
| | * | |
| | * | MAGISTRATE DIVISION "   " |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

The Complaint of Jeannine Cruz, a person of the full age of majority and a resident of the Parish of Tangipahoa, State of Louisiana with respect represents:

1.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331, federal question, and 28 USC §1367, affording supplemental jurisdiction over Complainant's state law claims.

2.

Venue is properly laid in this District pursuant to 28 U.S.C. § 1391.

3.

Defendant, the City of Hammond, is a body politic organized pursuant to a home rule charter, as authorized by Article VI, Section 4 of the Louisiana Constitution.

4.

The City of Hammond operates the Hammond Police Department.

5.

Complainant, Jeannine Cruz, was employed by the City of Hammond through the Hammond Police Department with the classification of Police Officer.

6.

Complainant requested a religious accommodation which would allow her to attend church/mass on her breaks and before and after work while using her police vehicle.

7.

Complainant was denied a reasonable religious accommodation.

8.

Complainant filed a complaint with the United States Equal Employment Opportunity Commission ("EEOC"), as a result of which Complainant was discharged.

9.

The EEOC issued a determination on September 9, 2010 finding discrimination had occurred.

10.

On May 6, 2013 the EEOC issued a right to sue letter.

11.

The actions of Defendant in discriminating against and refusing an accommodation to Jeannine Cruz were extreme, outrageous, sudden and unexpected and caused Complainant extreme emotional distress constituting the tort of intentional infliction of emotional distress, for which

Complainant specifically sues for herein.

12.

Complainant, Jeannine Cruz, contends that she was wrongfully discriminated against in violation of the United States and Louisiana Constitutions and Federal and Louisiana law, including but not limited to Title VII of the Civil Rights Act of 1964, all as will be shown at the trial of this cause.

13.

At all times pertinent, Defendant was a "person acting under color of state law" within the meaning and intent of 42 USC §1983. The actions of Defendant served to impair and interfere with Petitioner's clearly established rights in violation of 42 USC §1983.

14.

The actions of Defendant deprived Complainant of her clearly established right to due process and equal protection of the laws, guaranteed to her pursuant to the Fourteenth Amendment to the United States Constitution.

15.

Complainant is entitled to and desires an award of attorneys' fees and costs pursuant to the applicable provisions of Federal and Louisiana law.

16.

Complainant is entitled to and desires an award of compensatory damages in her favor and against Defendant pursuant to Federal and Louisiana law. Complainant is entitled to and desires an award of punitive damages for Defendant's wanton and reckless disregard for Petitioner's clearly

established rights.

17.

As a result of the actions of Defendant, Complainant sustained damages which include, but are not limited to, back pay, severe emotional distress, mental anguish, depression, past and future medical expenses, lost employment opportunities and other damages as will be more fully shown at the trial of this cause.

18.

Complainant is entitled to and desires an award of equitable and/or injunctive relief.

19.

Complainant is entitled to and desires trial by jury of this matter.

**WHEREFORE**, Complainant, Jeannine Cruz, prays for trial by jury of this matter and that after due proceedings are had that there be judgment in her favor against Defendant, the City of Hammond, commanding the City of Hammond to return her to her employment, grant her an accommodation as set forth hereinabove and to provide her with all back wages, benefits and emoluments of employment retroactive to the date of her dismissal; for all sums as are reasonable under the premises and for punitive damages as are allowed by law, together with legal interest thereon from the date of judicial demand until paid; for reasonable attorneys' fees and all costs and expenses of this matter; and, for such other and further relief as may be equitable and just and this Court competent to grant.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III

**C. THEODORE ALPAUGH, III, No. 02430, T.A.**
**CLAUDE A. SCHLESINGER, No. 15042**
GUSTE, BARNETT, SCHLESINGER, HENDERSON &
ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113
Telephone:    (504) 529-4141
Facsimile:     (504) 561-0326

**Attorneys for Complainant,**
**JEANNINE CRUZ**


**PLEASE SERVE:**

**THE CITY OF HAMMOND AND THE**
**HAMMOND POLICE DEPARTMENT**
Through its Mayor:

Mayson Foster
City of Hammond
303 E. Thomas St.
Hammond Louisiana 70404

S:\CTA CORP CLIENTS\Cruz.7756\CMP.damages.religious.CTA.07302013.wpd